IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:00-CV-194-BO(3)

FILED
MAY 24 2002
DAVID W. DANIEL, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| QUALITY BUILT CONSTRUCTION, INC. f/k/a Dawn Construction, Inc., WILLIAM DANSEY, JR., and HITE/MSM, P.C., | ) |
| Defendants. | ) |

## DEFENDANT HITE/MSM, P.C.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COMES defendant Hite/MSM, P.C., through counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and moves this Court for an Order entering summary judgment in favor of this defendant on the issue of punitive damages and civil penalties on the basis that no evidence produced suggests that this defendant intentionally violated federal law, acted with malice or recklessly disregarded the rights of anyone. Pursuant to Rule 4.04 of the Local Rules of Practice and Procedure of the United States District Court for the Eastern District of North Carolina, a supporting memorandum is being filed contemporaneously with the instant motion.

This the 24th day of May, 2002.

RAGSDALE LIGGETT PLLC

By: _____
John M. Nunnally
N.C. Bar #: 19203
Andrew C. Buckner
N.C. Bar #: 26527
Attorneys for Defendant Hite
Post Office Box 31507
Raleigh, North Carolina 27622-1507
Telephone: (919) 787-5200

2

# CERTIFICATE OF SERVICE

This is to certify that on the 24th day of May, 2002, a copy of the foregoing **DEFENDANT HITE/MSM, P.C.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** has been duly served by depositing a copy thereof in the United States mail, first-class, postage prepaid, addressed to the following counsel of record:

        Scott P. Moore (and via facsimile)
        United States Department of Justice
        950 Pennsylvania Ave., N.W.
        Civil Rights Division
        Housing and Civil Enforcement Section - G St.
        Washington, D.C. 20530

        Rudy Renfer
        Assistant U.S. Attorney
        Civil Division
        310 New Bern Avenue, Suite 800
        Raleigh, North Carolina 87601-1461

        Christopher A. Page
        Young Moore and Henderson P.A.
        Post Office Box 31627
        Raleigh, North Carolina 27622

        RAGSDALE LIGGETT PLLC

By: _____
     Andrew C. Buckner
     Attorney for Defendant Hite

3